Martin J. Berkley, Arizona Bar # 20107
**Berkley Law Office**
1480 E. Bethany Home Rd., Ste.100
Phoenix, Arizona 85014
mjberkley@yahoo.com
Telephone: (480) 921-2993
Facsimile: (480) 820-2929
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID OLLIE CAPLAN,<br><br><br><br><br>Debtors. | Chapter 13 Proceeding<br><br>Case No. 2:22-bk-08523-PS<br><br>**MOTION TO COMPEL ABANDONMENT** |

COMES NOW the above-captioned Debtor, by and through Counsel undersigned, and hereby move this Honorable Court pursuant to 11 U.S.C. § 554(b) and Local Bankruptcy Rule 6007-1, for its order compelling the Trustee to abandon the Bankruptcy Estate's interest in the Debtor's real property located at 25424 N. 63rd Ln, Phoenix, AZ 85083 (the "Subject Property") situate in the County of Maricopa, Arizona:

**LOT 39, ENTRADA NORTHEAST, ACCORDING TO BOOK 459 OF MAPS, PAGE 14, RECORDS OF MARICOPA COUNTY, ARIZONA.**

The Court may order abandonment of estate property when an asset is of inconsequential value and benefit to the estate. 11 U.S.C. § 554(b). In support of the Motion, Debtor states and alleges as follows:

1

*In re Caplan*
Case No: 2:22-bk-0523-PS

1. The Debtor filed a voluntary Chapter 13 bankruptcy petition on December 28, 2022 (the "Petition Date"), and the Debtor disclosed its interest in the Subject Property as their primary residence on Schedule A/B. *See* Dkt. # 10, at Schedule A/B. The case was converted to one under Chapter 7 of the Bankruptcy Code on May 10, 2024. The Debtor acquired his interest in the property on September 30, 2005 by Warranty Deed recorded at 2005856021 on December 7, 2005 of the Maricopa County, Arizona Recorder's Office.

2. The Debtor claimed the Subject Property as exempt under A.R.S. § 33-1101(A). *See* Dkt. # 10, at Schedule C. No party in interest filed a timely objection to the Debtors' claimed exemption, and the Debtors assert an allowed exemption in the amount of $400,000.00 pursuant to A.R.S. § 33-1101(A).

3. As of the Petition Date, the Debtor estimated the value of the Subject Property to be $611,900.00. As set forth in the Contract to Purchase the subject property, the parties thereto agreed to a sales price of $613,000.00.

4. The Subject Property is encumbered by a first-position deed of trust held by U.S. Bank Trust in the estimated amount of $312,445.00 and a second-position deed of trust held by Specialized Loan Servicing in the amount of $83,000.00.

5. The Debtor has no equity in the Subject Property above and beyond its valid homestead exemption of $400,000.00. The total value of the liens on the Subject Property is $395,445.00. The value of the liens encumbering the Subject Property, along with the Debtor's claimed homestead exemption total $795,445.00, which exceeds the current value of the Subject Property. Thus, the sale of the Subject Property will not recognize any non-exempt proceeds or provide any benefit to the estate.

WHEREFORE, the Debtors respectfully request that this Honorable Court enter its Order:

A. Compelling abandonment of the bankruptcy estate's interest in the Subject Property; and,

B. Granting any such other relief the Court deems just and proper.

/

/

/

/

RESPECTFULLY SUBMITTED ON August 22, 2024.

BERKLEY LAW OFFICE
/s/ Martin J. Berkley
Martin J. Berkley, AZ Bar #020107
Attorney for Debtor

**E-FILED** on August 22, 2024, with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPIES** mailed the same date via U.S. Mail to
all parties in interest as listed on the Master Mailing List.

/s/ Martin J. Berkley