Martin J. Berkley, Arizona Bar # 20107
**Berkley Law Office**
1480 E. Bethany Home Rd., Ste.100
Phoenix, Arizona 85014
mjberkley@yahoo.com
Telephone: (480) 921-2993
Facsimile: (480) 820-2929
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceeding |
|---|---|
| DAVID OLLIE CAPLAN, | Case No. 2:22-bk-08523-PS |
| | **NOTICE OF MOTION TO COMPEL ABANDONMENT** |
| Debtors. | |

**NOTICE IS HEREBY GIVEN** that David Ollie Caplan (the "Debtor"), by and through undersigned counsel, filed its Motion to Compel Abandonment (the "Motion") seeking abandonment of the Debtor's primary residence located at 25424 N. 63rd Ln, Phoenix, AZ 85083 (the "Subject Property") situate in the County of Maricopa, Arizona:

**LOT 39, ENTRADA NORTHEAST, ACCORDING TO BOOK 459 OF MAPS, PAGE 14, RECORDS OF MARICOPA COUNTY, ARIZONA.**

As set forth in the Motion, there is no equity in the Subject Property and is of inconsequential value and benefit to the estate.

**FURTHER NOTICE IS GIVEN** that, pursuant to Local Bankruptcy Rule 6008-1, a written objection must be filed with the Court within fourteen (14) days of the date of this notice, and a copy

/

/

1

*In re Caplan*
Case No: 2:22-bk-008523-PS

/

served upon Debtors' attorney whose name and address is:

                        Martin J. Berkley, Esq.
                        Berkley Law Office
                        1480 E. Bethany Home Rd., Ste. 100
                        Phoenix, AZ 85014

    If no written objection is filed with the Court and a copy served upon the Debtors WITHIN FOURTEEN (14) DAYS of service of the motion, the Debtor's Motion may be granted without further hearing.

            RESPECTFULLY SUBMITTED on August 22, 2024.

                                                    BERKLEY LAW OFFICE

                                                      By: /s/ Martin J. Berkley
                                                      Martin J. Berkley, AZ #020107
                                                      Attorney for Debtors